In the Matter of the Petition of ORVILLE J. WILSEY,* Appellant, to Correct the Register of Electors in Election District No. 9, Town of Babylon, Suffolk County, New York, v. WILLIAM KOSTER and Others, as Inspectors,

---

* See Election Law, § 153, as amd. by Laws of 1917, chap. 703.— [REP.

etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Mills, Rich, Putnam,,Blackmar and Kelly, JJ., concur.